## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**JAMES L. HENLEY, JR.**
   *Trustee*               **PLAINTIFF**


**VS.**               **CAUSE NO.: 03-06146-EE**

**PATRICK C. MALOUF,**
**PORTER & MALOUF, P.A.**
**AND WILLIAM S. ROBERTS**         **DEFENDANTS**


### NOTICE OF SERVICE OF DISCOVERY


   **COMES NOW** the Plaintiff, James L. Henley, Jr., the Standing Chapter 13 Trustee (hereinafter "Plaintiff" or "Trustee"), by and through the undersigned counsel of record, and files this *Notice of Service of Discovery* and gives Notice to the Court that he will serve the following on counsel for the Plaintiff, along with serving the Summons and Complaint in this matter:

   1.  *Plaintiff's First Set of Interrogatories and Requests for Production of Documents and Things Propounded to Defendants Patrick C. Malouf*; *and Porter & Malouf, P.A.*; and


   THIS the  3rd day of August, 2015.


         Respectfully submitted,


         James L. Henley, Jr. Standing Chapter 13 Trustee

         By: */s/ Jeff Reynolds_____*
         Jeffery P. Reynolds, Esq. (MSB#5305)
         Carson H. Thurman, Esq. (MSB#104871)

Of Counsel:

JEFFERY P. REYNOLDS, P.A.
200 South Lamar Street
Suite 1050-S
Jackson, Mississippi 39201
Phone: 601.355.7773
jeff@jprpa.com

*Counsel for the Standing Chapter 13 Trustee*
*James L. Henley, Jr.*