_____

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: August 22, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **WILLIAM S. ROBERTS** | **CASE NO. 0306146EE** |
| **SARA A. ROBERTS** | |

**JAMES L. HENLEY, JR., TRUSTEE**

**VS.**                                                                 **ADVERSARY NO. 1500051EE**

**PATRICK C. MALOUF, AND PORTER**
**& MALOUF, P.A.**

### JUDGMENT ON *MOTION TO DISMISS*

Consistent with the Court's Opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the *Motion to Dismiss* (Adv. Dkt. #18) filed by Patrick C. Malouf and Porter & Malouf, P.A. is well-taken in part and that the Chapter 13 Trustee's claim pursuant to 11 U.S.C. § 327 found in the *Complaint for Turnover of Property, Declaratory Judgment and Equitable Relief* (Adv. Dkt. #7) is hereby dismissed.

**IT IS FURTHER ORDERED** that the *Motion to Dismiss* (Adv. Dkt. #18) filed by

Patrick C. Malouf and Porter & Malouf, P.A. is not well-taken in part and that the motion is hereby denied as to the Chapter 13 Trustee's claim pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 9019 found in the *Complaint for Turnover of Property, Declaratory Judgment and Equitable Relief* (Adv. Dkt. #7).

**IT IS FURTHER ORDERED** that the Court will defer ruling on the *Motion to Dismiss* (Adv. Dkt. #18) filed by Patrick C. Malouf and Porter & Malouf, P.A. as to 11 U.S.C. § 542 found in the *Complaint for Turnover of Property, Declaratory Judgment and Equitable Relief* (Adv. Dkt. #7) until the Court rules on the *Order to Show Cause* issued contemporaneously with the *Memorandum Opinion* and *Judgment on Motion to Dismiss*.

## ## END OF ORDER ##