## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    William S. Roberts | Cause No.: 03-06146-EE |
| Sara A. Roberts | |
| Debtor | Chapter 13 |

| | |
|---|---|
| **James L. Henley, Jr.** | |
| *Trustee* | **Plaintiff** |
| vs. | Adversary No.: 15-00051-EE |
| **Patrick C. Malouf, and** | |
| **Porter & Malouf, P.A.** | **Defendants** |

### NOTICE OF APPEARANCE

**COMES NOW** Jason M. Kirschberg, Post Office Box 23662, Jackson, Mississippi 39225, and enters his appearance as counsel of record for Plaintiff James L. Henley, Jr. in the above styled and captioned adversary proceeding.

Respectfully submitted this 2nd day of September, 2016.

James L. Henley, Jr.
Plaintiff


By:    */s/ Jason M. Kirschberg*
Jason M. Kirschberg, Esq.

**OF COUNSEL:**

Jason M. Kirschberg, Esq. (MSB#104860)
P.O. Box 23662
Jackson, MS 39225
205-531-9985
jasonkirschberg@gmail.com

Jeffrey P. Reynolds, Esq. (MSB#5305)
Carson H. Thurman, Esq. (MSB#104871)
Jeffrey P. Reynolds, P.A.
200 South Lamar Street, Suite 1050-S
P.O. Box 24596
Tel: 601.355.7773
Fax: 601.355.6364
jeff@jprpa.com
carson@jprpa.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on this day, a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the ECF system which will send notification of such filing to the following:

John Dollarhide & Mitch Carrington
*Counsel for Defendants*          john.dollarhide@butlersnow.com
                                  mitch.carrington@butlersnow.com

This, the 2nd day of September, 2016.

                              */s/ Jason M. Kirschberg*
                              Jason M. Kirschberg