_____

**SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: January 5, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: WILLIAM S. ROBERTS and SARA A. ROBERTS**         **CHAPTER 7**
**DEBTORS**                                                **CASE NO. 03-06146-EE**

**FINAL ORDER ON APPLICATION OF PORTER & MALOUF, P.A. DISCLOSING COMPENSATION PAID UNDER §329 AND FOR APPROVAL OF COMPENSATION *NUNC PRO TUNC* UNDER §330 [DKT. #113]**

This matter is before the Court on the *Application of Porter & Malouf, P.A. Disclosing Compensation Paid Under §329 and for Approval of Compensation Nunc Pro Tunc Under §330* filed on behalf of Porter & Malouf, P.A. ("P&M") (Dkt. #112, the "Application"). The Court, having considered the Application, being advised that no parties timely objected to same following timely and sufficient notice and opportunity, and after hearing and considering the arguments and positions of P&M and Eileen N. Shaffer, Chapter 7 Trustee (the "Trustee"), at a hearing held on the Application on October 17, 2017, hereby finds and orders that the Application shall be, and that it hereby is, granted and approved for all purposes.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that in connection with the Settlements approved *nunc pro tunc* by this Court's Order on the Motion, the (A)

reimbursement to P&M of $626.17 for necessary costs and expenses incurred and (B) the payment of $6,879.79 as compensation for legal services rendered to or on behalf of former Chapter 13 Debtor William S. Roberts in connection with the Hinds County Action and Settlements of same (of which (a) $1,911.94 was paid to referring attorney Jim Zadeh, and (b) $4,967.85 was retained by P&M), shall be and hereby are authorized and approved by this Court for all purposes, *nunc pro tunc* to the dates of said reimbursements and payments of compensation.

**IT IS, THEREFORE, FURTHER ORDERED AND ADJUDGED** that this Order shall constitute a final order and judgment, shall become immediately effective in accordance with its terms for all purposes immediately upon entry, and that the relief granted herein shall survive dismissal or conversion of this bankruptcy case to any other chapter under the Bankruptcy Code.

## *## END OF ORDER ##*

**SUBMITTED, AGREED TO AND APPROVED FOR ENTRY BY:**

 /s/ Sarah Beth Wilson
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
*Counsel for Porter & Malouf, P.A.*


**APPROVED FOR ENTRY BY:**

 /s/ Eileen N. Shaffer
Eileen N. Shaffer, MSB No. 1687
Telephone: (601) 969-3006
eshaffer@eshaffer-law.com
*Chapter 7 Trustee*