

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: March 15, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| WILLIAM S. ROBERTS<br>SARA A. ROBERTS<br>    Debtors | CASE NO. 03-06146-EE |
| JAMES L. HENLEY, JR.<br>    *Trustee* | PLAINTIFF |
| vs. | ADVERSARY PROCEEDING NO. 15-00051-EE |
| PATRICK C. MALOUF,<br>PORTER & MALOUF, P.A., and<br>WILLIAM S. ROBERTS | DEFENDANTS |

### ORDER REGARDING COMPLAINT FOR TURNOVER OF
### PROPERTY, DECLARATORY JUDGMENT AND EQUITABLE RELIEF

**THIS MATTER** came on for the Court's consideration on a Complaint [Dkt. #1] filed by James L. Henley, Jr., Trustee. The Court, being fully advised in the premises, does here find as follows, to-wit:

    1.    That the Court has jurisdiction over this proceeding and the parties herein.

    2.    William S. Roberts and Sara A. Roberts filed a Chapter 13 bankruptcy proceeding ("Bankruptcy Proceeding") on October 22, 2003 and James L. Henley, Jr. was appointed Trustee ("Chapter 13 Trustee").

3. The Chapter 13 Trustee filed this Complaint on July 31, 2015.

4. That the Chapter 13 proceeding was converted to a Chapter 7 proceeding and Eileen N. Shaffer was appointed as Trustee ("Chapter 7 Trustee") on May 1, 2017.

5. That the Complaint was settled among the parties and an Order was entered approving the settlement in the Bankruptcy Proceeding [Dkt. #163].

**IT IS HEREBY ORDERED** that this adversary proceeding is dismissed with prejudice and all claims and causes of action subject thereto are dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that this adversary proceeding shall be closed.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER MSB #1687
Attorney for Trustee
P.O. Box 1177
Jackson, MS 39215
(601) 969-3006
eshaffer@eshaffer-law.com